# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                                    Case No. 17−30651
                                                                         Chapter 13
Jatha Martin, Jr. and Tasha Martin,

      Debtors.

## ORDER

    This case is before the court on the following matter:

*43* − Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement filed by Richard D. Shinbaum on behalf of Jatha Martin Jr., Tasha Martin. Responses due by 12/4/2017. (Attachments: # 1 Exhibit) (Shinbaum, Richard)

    It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

    **ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated December 5, 2017

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge